IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CLYDE KALUNA; ELVIRA MAKANA LANI KIA, | ) CIVIL NO. 13-00203 HG-RLP )  ) FINDINGS AND RECOMMENDATION TO |
| Plaintiffs, | ) DISMISS THIS ACTION ) |
| vs. | ) ) |
| STATE OF HAWAII; ET AL.D. EARL COOPER; DAVID LOUIE; DAVID EZRA; BARRY KURREN; MARK E. RECKETNWALD; DANIEL R. FOLEY; LAWRENCE M. REIFURTH; RANDAL G.B. VALENCIANO; TRUDY SENDA; DARRYL DOBASHI; JULIE BLACK, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ） |

FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION[1]

On September 11, 2013, at 9:30 a.m., a hearing was held on this Court's August 8, 2013 Order to Show Cause directing Plaintiffs Clyde Kaluna and Elvira Makana Lani Kia to show cause, if any, why this case should not be dismissed for failure to appear at the Rule 16 Scheduling Conference, failure to file a Rule 16 Scheduling Conference Statement, and failure to serve the Complaint.  Plaintiffs failed to appear at the hearing or otherwise respond to the Court's Order to Show Cause.

---

[1] Within fourteen days after a party is served with a copy of the Findings and Recommendation, that party may, pursuant to 28 U.S.C. § 636(b)(1)(B), file written objections in the United States District Court.  A party must file any objections within the fourteen-day period allowed if that party wants to have appellate review of the Findings and Recommendation.  If no objections are filed, no appellate review will be allowed.

Based on Plaintiff's failure to file a scheduling conference statement, failure to attend the Rule 16 Scheduling Conference held on August 5, 2013, failure to effect service within the time permitted under Rule 4(m), and failure to appear at the show cause hearing on September 11, 2013, the Court FINDS and RECOMMENDS that this case be dismissed.

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, SEPTEMBER 11, 2013.



Richard L. Puglisi
United States Magistrate Judge

**KALUNA, ET AL. V. STATE OF HAWAII, ET AL.; CIVIL NO. 13-00203 HG-RLP; FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION**