IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CLYDE KALUNA; ELVIRA MAKANA LANI KIA, , )<br>)<br>Plaintiffs,   )<br>)<br>vs.   )<br>)<br>STATE OF HAWAII; D. EARL COOPER; DAVID LOUIE; DAVID EZRA; BARRY KURREN; MARK E. RECKETNWALD; DANIEL R. FOLEY; LAWRENCE M. REIFURTH; RANDAL G.B. VALENCIANO; TRUDY SENDA; DARRYL DOBASHI; JULIE BLACK,   )<br>)<br>Defendants.   )<br>_____ ) | CIVIL NO. 13-00203 HG-KSC |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 9)

Findings and Recommendation having been filed and served on all parties

on September 12, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Dismiss This Action" (ECF. No. 9) are adopted as the

opinion and order of this Court.

    IT IS SO ORDERED.

    Dated: October 10, 2013, Honolulu, Hawaii.



    /S/ Helen Gillmor

Helen Gillmor
United States District Judge